## Frank Sweeney, Appellee, v. Bismarck Hotel Company et al., Appellants.

### Gen. No. 41,000. (Abstract of Decision.)

Heard in third division, first district, this court at October term, 1939; opinion filed May 22, 1940; rehearing denied June 12, 1940. Castle, Williams & McCarthy, for appellants; Emmett J. McCarthy and Robert R. Hanley, of counsel; Ehrlich & Cohn and Mark T. Barnett, for appellee; Aaron H. Cohn, of counsel. Opinion by JUSTICE BURKE. ''Not to be published in full.''

## Rose Hatzenbuehler, Appellee, v. Alfred Miske et al., Appellants.

### Gen. No. 41,018. (Abstract of Decision.)

Heard in third division, first district, this court at December term, 1939; opinion filed May 22, 1940. Lawrence Lenit, for appellants; Edward M. Platt, for appellee. Opinion by JUSTICE BURKE. ''Not to be published in full.''